Hassan A. Zavareei (SBN 181547)
Andrea Gold (*pro hac vice*)
TYCKO & ZAVAREEI LLP
1828 L. Street, NW, Suite 1000
Washington, D.C 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
agold@tzlegal.com

Annick Persinger (CA Bar No. 272996)
TYCKO & ZAVAREEI LLP
1970 Broadway – Suite 1070
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
apersinger@tzlegal.com

Scott Edelsberg, Esq. (*pro hac vice*)
EDELSBERG LAW, P.A.
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

Andrew J. Shamis, Esq. (*pro hac vice*)
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA PALERMO, individually and on behalf of all others similarly situated, | Case No: 3:18-cv-06505-EMC |
| *Plaintiff,* | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| VANITY PLANET, LLC, A California Limited Liability Company | |
| *Defendant.* | |

1           Plaintiff Alicia Palermo, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by and through their

2  below-listed counsel, hereby voluntarily dismiss without prejudice all claims in this action.

3

4  Dated: November 29, 2018          Respectfully submitted,

5

6                          /s/ Hassan A. Zavareei

Hassan A. Zavareei (SBN 181547)

Andrea Gold (*pro hac vice forthcoming*)

7  **TYCKO & ZAVAREEI LLP**

1828 L. Street, NW, Suite 1000

8  Washington, D.C 20036

Telephone: (202) 973-0900

9  Facsimile: (202) 973-0950

hzavareei@tzlegal.com

10  agold@tzlegal.com

11

Annick Persinger (CA Bar No. 272996)

12  TYCKO & ZAVAREEI LLP

1970 Broadway – Suite 1070

13  Oakland, CA 94607

Telephone: (510) 254-6808

14  Facsimile: (202) 973-0950

apersinger@tzlegal.com

15

16  **EDELSBERG LAW, P.A.**

Scott Edelsberg, Esq.

17  Florida Bar No. 0100537

scott@edelsberglaw.com

18  19495 Biscayne Blvd #607

Aventura, FL 33180

19  Telephone: 305-975-3320

20

21  **SHAMIS & GENTILE, P.A.**

Andrew J. Shamis, Esq.

Florida Bar No. 101754

22  ashamis@shamisgentile.com

14 NE 1st Avenue, Suite 1205

23  Miami, FL 33132

Telephone: 305-479-2299

24

25  *Counsel for Plaintiff*

26

27

28

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT VANITY
PLANET, LLC