Hassan A. Zavareei (SBN 181547)
Andrea Gold (*pro hac vice*)
TYCKO & ZAVAREEI LLP
1828 L. Street, NW, Suite 1000
Washington, D.C 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
agold@tzlegal.com

Annick Persinger (CA Bar No. 272996)
TYCKO & ZAVAREEI LLP
1970 Broadway – Suite 1070
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
apersinger@tzlegal.com

Scott Edelsberg, Esq. (*pro hac vice*)
EDELSBERG LAW, P.A.
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

Andrew J. Shamis, Esq. (*pro hac vice*)
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA PALERMO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>vs.<br><br>VANITY PLANET, LLC,<br>A California Limited Liability Company<br><br><br>*Defendant.* | Case No: 3:18-cv-06505-EMC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Alicia Palermo, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by and through their below-listed counsel, hereby voluntarily dismiss without prejudice all claims in this action.

Dated: November 29, 2018                    Respectfully submitted,

/s/ Hassan A. Zavareei
Hassan A. Zavareei (SBN 181547)
Andrea Gold (*pro hac vice forthcoming*)
**TYCKO & ZAVAREEI LLP**
1828 L. Street, NW, Suite 1000
Washington, D.C 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
agold@tzlegal.com

Annick Persinger (CA Bar No. 272996)
TYCKO & ZAVAREEI LLP
1970 Broadway – Suite 1070
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
apersinger@tzlegal.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Ave, Suite 1205
Miami, FL 33132
Telephone: 305-479-2299

DATED: 12/3/2018

GRANTED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT VANITY PLANET, LLC
3:18-cv-06505-EMC